In the Matter of the City of New York, Respondent, Relative to Acquiring Title to Real Property Required for the Clove Lakes Expressway, in the Borough of Richmond. Herman Borgstede et al., as Executors of Dora Borgstede, Deceased, et al., Appellants.—

No opinion. Appeal from intermediate order dismissed. No mention of this order is made in claimants' briefs; the appeal from the order appears to have been abandoned. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.